

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2022

No. 04-22-00126-CR

Albino **CEDILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0019-CR
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's brief was originally due by July 5, 2022 and was not filed. In lieu of the brief, appellant filed a motion requesting a thirty-day extension of time. In his motion, counsel explained he had experienced an unexpected death in his immediate family, significantly impacting his schedule. We granted the extension and ordered appellant to file his brief by August 4, 2022. On July 26, 2022, appellant filed a second motion requesting a second thirty-day extension of time. Counsel requested additional time because he was preparing for a four-day jury trial. We granted the extension, ordered appellant to file his brief by September 6, 2022, and advised counsel further extensions of time would be disfavored absent extraordinary circumstances. On September 6, 2022, appellant filed a third motion requesting until September 30, 2022 to file his brief. Counsel stated he has been unable to dedicate time to prepare the brief because of his heavy work schedule, numerous medical appointments, and inability to concentrate due to the recent family tragedy. We granted the extension, ordered appellant to file his brief by September 30, 2022, and again, advised counsel no further extensions of time would be granted absent extraordinary circumstances. On September 28, 2022, appellant filed a fourth motion requesting a thirty-day extension of time to file his brief. Counsel states he has been ill and is working under the influence of medication, making it difficult to concentrate.

We recognize the extraordinary circumstances impacting counsel and his ability to prepare the brief. However, this court requires compliance with the appellate deadlines in order to ensure the prompt and efficient administration of justice. *See* TEX. R. APP. P. 38.6(d). Accordingly, in the interest of justice, we **order** this appeal abated and **remand** this case to the trial court for the appointment of new appellate counsel **by October 19, 2022**. We further **order**

the trial court clerk to file a supplemental clerk's record in this court no later than ten days after the trial court signs an order appointing new appellate counsel.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court